IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| THOMAS ROBERTS and<br>DIANE ROBERTS, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vs. | )<br>) | Case No. 14-cv-01063-JPG-SCW |
| ALEXANDRIA TRANSPORTATION,<br>INC., *et al*. | )<br>)<br>) | |
| Defendants, | )<br>) | |
| ALEXANDRIA TRANSPROTATION,<br>INC. AND ALEXANDRE SOLOMAKHA, | )<br>)<br>) | |
| Third-Party Plaintiffs, | )<br>) | |
| vs. | )<br>) | |
| STATEWIDE TIRE DISTRIBUTORS,<br>INC., *et al*., | )<br>)<br>) | |
| Third-Party Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the court on Third-party Plaintiffs' Motion (Doc. 172) to Voluntarily Dismiss Third-Party Defendants Sweetens Concrete Services, LLC and Right Way Traffic Control, Inc.  There have been no objections filed with regard to the dismissal of these third-party defendants and both third-party defendants filed Consents to Ruling (Docs. 173 & 174).

Therefore, pursuant to Federal Rule of Civil Procedure 4141(a)(2), Third-party defendants **Sweetens Concrete Services, LLC** and **Right Way Traffic Control, Inc.**, are

**DISMISSED** without prejudice and without costs.  The Clerk of Court is **DIRECTED** to enter judgment accordingly at the conclusion of this matter.

**IT IS SO ORDERED.**

**DATED:**  10/19/2016

           *s/J. Phil Gilbert*
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**