IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS ROBERTS and<br>DIANE ROBERTS,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALEXANDRIA TRANSPORTATION,<br>INC., *et al,*,<br><br>    Defendants.<br><br>ALEXANDRIA TRANSPORTATION,<br>INC., ALEXANDRE SOLOMAKHA,<br>And ALEX EXPRESS, LLC.,<br><br>    Third-party Plaintiffs,<br><br>v.<br><br>STATEWIDE TIRE DISTRIBUTORS,<br>INC. and EDWARDS-KAMALDUSKI,<br>LLC,<br><br>    Third-party Defendants. | Case No. 14-cv-01063-JPG-SCW |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on third-party defendant Edwards-Kamadulski, LLC's Motion [Doc. 214] to Dismiss based on the Court's finding of good-faith settlement. [Doc. 209]. There being no objection to the dismissal, the Court **GRANTS** third-party defendant Edwards-Kamadulski, LLC's Motion [Doc. 214] to Dismiss. All claims against third-party defendant Edwards-Kamadulski, LLC are **DISMISSED** with prejudice.

The Clerk of Court is **DIRECTED** to enter judgment accordingly at the conclusion of this matter.

**IT IS SO ORDERED.**

**DATED:** 6/20/2017

             *s/J. Phil Gilbert*
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**