# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS ROBERTS and DIANE ROBERTS,<br><br>   Plaintiffs,<br><br> v.<br><br>ALEXANDRIA TRANSPORTATION, INC., *et al.*,<br><br>   Defendants.<br><hr>ALEXANDRIA TRANSPORTATION, INC., *et al.*,<br><br>   Third-Party Plaintiffs,<br><br>vs.<br><br>STATEWIDE TIRE DISTRIBUTORS, INC., *et al.*,<br><br>   Third-Party Defendants. | Case No. 3:14-cv-01063-JPG-SCW |

## MEMORANDUM & ORDER

This matter comes before the Court on two stipulated dismissals in this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Docs. 259, 260.) That rule allows a plaintiff to dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared". Here, both stipulations have been signed by all parties who have appeared. Accordingly, the Court **FINDS** that plaintiffs Thomas and Diane Roberts' complaint against defendants Alexandria Transportation, Inc., Alexandre Solomakha, Alex Express, LLC, C.H. Robinson Worldwide, Inc. C.H. Robinson Company, Inc., C.H. Robinson Company, C.H. Robinson International, Inc., C.H. Robinson Project Logistics, Inc., C.H. Robinson Transportation Company, Inc. is **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk

1

of Court to terminate the aforementioned parties as plaintiffs and defendants. The Court **TAKES NOTICE** of third-party defendant Safety International, LLC's denial and objection to the allocation of damages as set forth in the Release of All Claims in relation to this matter.

The Court also **FINDS** that the third-party claims against Statewide Tire Distributors, Inc. are **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk of Court to terminate Statewide Tire Distributors, Inc. as a third-party defendant.

**IT IS SO ORDERED.**

**DATED: JANUARY 17, 2018**

s/ <u>*J. Phil Gilbert*</u><br>
**J. PHIL GILBERT**<br>
**DISTRICT JUDGE**