# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS ROBERTS and DIANE ROBERTS, <br><br> Plaintiffs, <br><br> v. <br><br> ALEXANDRIA TRANSPORTATION, INC., *et al.*, <br><br> Defendants. <br><br> ──────────────────────── <br><br> ALEXANDRIA TRANSPORTATION, INC., *et al.*, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> SAFETY INTERNATIONAL, LLC, <br><br> Third-Party Defendant. | Case No. 3:14-cv-01063-JPG-MAB |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the jury having rendered a verdict,

**IT IS HEREBY DECLARED** that, according to the jury's verdict, the apportionment of responsibility in this case is as follows: 15% as to Alexandre Solomakha, Alexandria Transportation, Inc., and Alex Express, LLC (collectively, the "Alex Parties"); 10% as to Safety International, LLC; and 75% as to Edwards-Kamadulski.

**IT IS FURTHER ORDERED AND ADJUGDED** that the Alex Parties are entitled to a 10% contribution from Safety International, LLC according to their contribution claim.

DATED: March 7, 2019

                                                              **MARGARET M. ROBERTIE,**
                                                              **Clerk of Court**

                                                             **BY:**   __s/Tina Gray__
                                                                       **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**